AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Southern District of New York<br>500 Pearl Street, New York, NY 10007 |
|---|---|
| DOCKET NO.<br>22-cv-03309 | DATE FILED<br>4/22/2022 |
| PLAINTIFF<br>Dow Jones & Company, Inc. | DEFENDANT<br>Synovus Financial Corporation and Synovus Bank |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | [See attached rider] | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| TX 8-733-871 | The Wall Street Journal, January 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-733-892 | The Wall Street Journal, February 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-733-894 | The Wall Street Journal, March 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-733-896 | The Wall Street Journal, April 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-733-764 | The Wall Street Journal, May 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-801-928 | The Wall Street Journal, June 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-806-104 | The Wall Street Journal, July 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-804-085 | The Wall Street Journal, August 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-821-692 | The Wall Street Journal, September 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-825-743 | The Wall Street Journal, October 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-828-693 | The Wall Street Journal, November 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-832-446 | The Wall Street Journal, December 2019 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-861-412 | The Wall Street Journal, January 2020 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-861-444 | The Wall Street Journal, February 2020 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-865-172 | The Wall Street Journal, March 2020 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-876-066 | The Wall Street Journal, April 2020 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-884-860 | The Wall Street Journal, May 2020 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-887-049 | The Wall Street Journal, June 2020 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-890-449 | The Wall Street Journal, July 2020 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-905-967 | The Wall Street Journal, August 2020 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-909-398 | The Wall Street Journal, September 2020 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-917-986 | The Wall Street Journal, October 2020 (Eastern ed.) | Dow Jones & Company, Inc. |

| | | |
|---|---|---|
| TX 8-923-064 | The Wall Street Journal, November 2020 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-931-099 | The Wall Street Journal, December 2020 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-939-452 | The Wall Street Journal, January 2021 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-950-348 | The Wall Street Journal, February 2021 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-960-365 | The Wall Street Journal, March 2021(Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-969-760 | The Wall Street Journal, April 2021 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-982-488 | The Wall Street Journal, May 2021 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 8-994-124 | The Wall Street Journal, June 2021(Eastern ed.) | Dow Jones & Company, Inc. |
| TX 9-005-284 | The Wall Street Journal, July 2021 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 9-028-948 | The Wall Street Journal, August 2021 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 9-063-457 | The Wall Street Journal, September 2021 (Eastern ed.) | Dow Jones & Company, Inc. |
| TX 9-075-551 | The Wall Street Journal, October 2021 (Eastern ed.) | Dow Jones & Company, Inc. |